LAWRENCE CALAGNA, Appellant, *v.* SHEPPARD-POLLAK, INC., et al., Respondents, Impleaded with Another.

Reported below, 264 App. Div. 589.
Submitted November 23, 1942; decided December 10, 1942.

*John Nielson, Jr.,* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant serves and files undertaking on appeal and pays ten dollars costs, in which event the motion is denied.